

**United States District Court**
Central District of California
**Office of the Clerk**

Cristina M. Squieri Bullock
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 21, 2019



CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 23, 2019

Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number: ____2:19-cv-03891-VAP-AFM____
     Previously Superior Court Case No. ____19STCV10854____
     Case Name: ____Marlen A. Beltran Zamora v. Overhill Farms, Inc. et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____8/21/19____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2019

Respectfully,

Clerk, U.S. District Court

By: _/s/ Benjamin Moss_
     Deputy Clerk
     Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

8/23/19
Date

Clerk, Superior Court

**PAUL CRUZ**
By: _____
     Deputy Clerk

CV-103 (05/18)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)